UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DWAYNE KINTE ROBERTSON<br><br>                                                  Plaintiff,<br><br>vs.<br><br>OFFICER MATTHEW SULLIVAN, Shield #29723, OFFICER NILES PRINCE, Shield #22353, SEARGEANT DIMITRI DAGLAS, Shield #01647, and THE CITY OF NEW YORK<br><br>                                                  Defendant. | 07-CV-1416 (JG)(LB) |

**NOTICE OF PLAINTIFF'S MOTIONS <u>IN</u> <u>LIMINE</u>**

        PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated February 18, 2009, and all prior pleadings and proceedings herein, Plaintiff Dwayne Kinte Robertson hereby moves this Court, before the Honorable John Gleeson at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, to exclude evidence of, reference to or argument concerning certain evidence at trial pursuant to Rules 401, 402, 403, 404, 608 and 609 of the Federal Rules of Evidence.

-2-

                Respectfully submitted,

                CRAVATH, SWAINE & MOORE LLP,

       by

                /s/ Jessica R. Holloway
                     Stuart W. Gold
                     Jessica R. Holloway
                     Hector J. Valdes

                Worldwide Plaza
                  825 Eighth Avenue
                    New York, NY 10019
                      (212) 474-1000
                      jholloway@cravath.com

                *Attorney for Plaintiff Dwayne Kinte*
                *Robertson*

-2-