UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE KINTE ROBERTSON<br><br>                          Plaintiff,<br><br>vs.<br><br>OFFICER MATTHEW SULLIVAN, Shield #29723; OFFICER NILES PRINCE, Shield #22353, SERGEANT DIMITRI DAGLAS, Shield #01647, And THE CITY OF NEW YORK<br><br>                          Defendants. | 07-CV-1416 (JG)(LB)<br><br>**PLAINTIFF'S STATEMENT OF DAMAGES** |

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Attorneys for Plaintiff Dwayne Kinte Robertson*

Pursuant to Rule 3(B)(ii) of the Individual Practices of the Hon. John Gleeson, plaintiff hereby submits a detailed statement of his damages by claim.

## I. Excessive Force / Assault and Battery

Plaintiff seeks damages consisting of the following elements, which were the proximate result of the Defendants' use of excessive force during and after the course of Plaintiff's arrest on April 15, 2006:

(a) Compensatory damages for the physical injuries and emotional harm suffered by Plaintiff as a result of Defendants' use of excessive force. Among other things, Mr. Robertson sustained head trauma, a laceration above his left eye, bleeding, and severe pain and swelling to his face following the incident. He received a permanent scar from his injury, and continues to experience pain including in and around his left eye, forehead, shoulder, knees, and back as a result of the incident. Mr. Robertson also has experienced and continues to experience severe emotional injury and distress, fear of authority figures, and an inability to concentrate on daily tasks or creative pursuits;

(b) Punitive damages in an amount sufficient to deter defendants from engaging in similar conduct in the future;

(c) Reasonable attorney's fees;

(d) Pre- and post-judgment interest and costs.

## II. False Arrest / Unlawful Seizure

Plaintiff seeks damages consisting of the following elements, which were the proximate result of his unlawful seizure and false arrest at the hands of Defendants on April 15, 2006:

(a) Compensatory damages for the physical injuries and emotional harm suffered by Plaintiff as a result of Defendants' use of force during the course of an unlawful seizure and arrest; compensatory damages for the emotional harm suffered by Plaintiff as a result of his unlawful incarceration between the time of his arrest and his arraignment; compensatory damages for the emotional harm suffered by Plaintiff as a result of his parole revocation and subsequent re-incarceration for a period of at least ten months as a consequence of his false arrest. The nature of Plaintiff's physical and emotional injuries is described in Section I(a) above.

(b) Punitive damages in an amount sufficient to deter defendants from engaging in similar conduct in the future;

(c) Reasonable attorney's fees;

(d) Pre- and post-judgment interest and costs.

### III.   Malicious Prosecution

Plaintiff seeks damages consisting of the following elements, which were the proximate result of his malicious prosecution at the hands of Defendants on and after April 16, 2006:

(a) Compensatory damages for the emotional harm suffered by Plaintiff as a result of the deprivation of his liberty attributable to the pendency of the April 2006 criminal proceedings against him; compensatory damages for the emotional harm suffered by Plaintiff as a result of his parole revocation and subsequent re-incarceration for a period of at least ten months as a consequence of his malicious prosecution on and after April 16, 2006. The nature of Plaintiff's emotional injuries is described in Section I(a) above.

(b) Punitive damages in an amount sufficient to deter defendants from engaging in similar conduct in the future;

  (c)  Reasonable attorney's fees;

  (d)  Pre- and post-judgment interest and costs.

Dated: February 25, 2010

           CRAVATH, SWAINE & MOORE LLP,

          by

              */s/ Jessica R. Holloway*
              Stuart W. Gold
              Jessica R. Holloway
              Hector J. Valdes

            Worldwide Plaza
            825 Eighth Avenue
            New York, NY 10019
            (212) 474-1000
             jholloway@cravath.com

*Attorneys for Plaintiff Dwayne Kinte Robertson*